IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01128-BNB

JOE M. TONEY, JR.,

     Applicant,

v.

BLAKE R. DAVIS, Warden,

     Respondent.

---

## ORDER DRAWING CASE

---

     Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

     DATED June 16, 2011, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01128-BNB

Joe M. Toney, Jr.
Reg. No. 26828-034
ADX - Florence
PO Box 8500
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 16, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk